UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN J. PORTER,<br><br>      Plaintiff,<br><br> vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>      Defendant. | CASE NO. SA CV 12-02173 R (RZ)<br><br>ORDER TO SHOW CAUSE RE<br>DISMISSAL FOR FAILURE TO<br>PROSECUTE |

   By Order Regarding Further Proceedings filed on January 8, 2013, Plaintiff was ordered to file a Memorandum in Support of Plaintiff's Complaint within thirty (30) days after service of Defendant's responsive pleading and a copy of the administrative record. (Order, ¶ 5.) Defendant filed and served her Answer and the administrative record on September 16, 2013. The docket sheet shows that, as late as the date of this Order, Plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint. Plaintiff has failed to comply with the Court's order.

   Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, Plaintiff shall show cause in writing why this action should not be dismissed. If Plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant. The filing of a

Plaintiff's Memorandum in Support of Complaint within 20 days, shall discharge the order to show cause.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the attorneys for all parties appearing in this action.

DATED: November 7, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE