**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN J. PORTER,<br><br>                Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                Defendant. | CASE NO. SA CV 12-02173 R (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

        This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. Plaintiff has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: April 24, 2014

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE