O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN J. PORTER,        Plaintiff,   vs.  CAROLYN W. COLVIN, Acting Commissioner of Social Security,        Defendant. | CASE NO. SA CV 12-02173 R (RZ)  JUDGMENT |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted findings and recommendations in the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: April 24, 2014

MANUEL L. REAL  
UNITED STATES DISTRICT JUDGE